UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RANDY ATWOOD and PALOUSE DRYWALL
CONTRACTORS, LLC.,

        Plaintiffs,

      v.

HIGH POINT DEVELOPMENT, LLC,

        Defendant.

NO. CV-08-0019-EFS

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE AND CLOSING FILE**

A telephonic conference occurred in the above-captioned matter on November 25, 2008.  Before the Court were the parties' Stipulated Motion for Order of Dismissal Without Prejudice (Ct. Rec. 22) and defense counsels' Motion for Leave to Withdraw as Counsel for Defendants (Ct. Rec. 13).  After hearing from counsel, the Court was fully informed.

Based on the parties' agreement, **IT IS HEREBY ORDERED:**

1.    The Stipulated Motion for Order of Dismissal Without Prejudice **(Ct. Rec. 22)** is **GRANTED.**  This lawsuit is dismissed without prejudice and without attorney's fees and costs to either party.

2.    Defense counsels' Motion for Leave to Withdraw as Counsel **(Ct. Rec. 13)** is **DENIED AS MOOT.**

3.    This case shall be **CLOSED.**

ORDER ~ 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to

2    (A)  Enter this Order and,

3    (B)  Provide copies to all counsel.

4    **DATED** this ___25th___  day of November 2008.

5

6
                    _____S/ Edward F. Shea_____
7                            EDWARD F. SHEA
                        United States District Judge
8
     Q:\Civil\2008\0019.close.file.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 2